IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00707-WDM-MJW

LARRY JAMES GRONEBERG,

    Plaintiff,

v.

JOE ORTIZ, et al.

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for reconsideration of minute order denying motion to appoint counsel is denied. This case was dismissed on May 31, 2005; the motion is moot.

    Plaintiff's motion requesting copies is granted as follows: the Clerk of the Court shall provide the plaintiff with copies of document numbers 3, 6, 8, 16, 23, 24, 28, 34, 35, 40, 41, 42, 44, 45 and 46.

Dated:  August 11, 2005

                                            /s/ Jane Trexler, Secretary/Deputy Clerk